No. 91. BAIN PEANUT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. B. L. Agerton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Joseph M. Jones* for respondent. *Mr. J. Sterling Halstead* filed a brief on behalf of the Insular Sugar Refining Corp., as *amicus curiae,* in support of petitioner.

No. 94. TENNANT, ADMINISTRATRIX, *v.* PEORIA & PEKIN UNION RAILWAY CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Mark D. Eagleton* and *William H. Allen* for petitioner. *Mr. Eugene E. Horton* for respondent.

No. 99. ILLINOIS STEEL CO. *v.* BALTIMORE & OHIO RAILROAD CO. October 11, 1943. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, granted. *Mr. Paul R. Conaghan* for petitioner. *Messrs. George E. Hamilton* and *Francis R. Cross* for respondent.

No. 112. DAVIES WAREHOUSE CO. *v.* BROWN, PRICE ADMINISTRATOR. October 11, 1943. Petition for writ of certiorari to the United States Emergency Court of Appeals granted. *Mr. Reginald L. Vaughan* for petitioner. *Assistant Solicitor General Cox* and *Messrs. Nathaniel L. Nathanson* and *William R. Ming, Jr.* for respondent.